# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER M. KELLER, <br> Petitioner, <br> v. <br> S. HATTON, Warden, <br> Respondent. | **Case No. CV 16-08709 CJC (RAO)** <br><br> **ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation. Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which Petitioner objected. In addition to disagreeing with the Magistrate Judge's conclusion that his habeas petition is untimely, Petitioner contends that the application of AEDPA to his petition deprives him of his First Amendment right to petition the government. (Dkt. No. 15 at 2-3.) Petitioner's argument is without merit. *See Barnett v. Wong*, No. CIV S-99-2416-JAM-CMK, 2010 WL 653754, at *1 (E.D. Cal. Feb. 19, 2010) (stating that "while AEDPA does limit Petitioner's abilities, it does not preclude Petitioner from seeking to redress his grievance through a habeas petition"; and collecting cases). Accordingly, the

///

Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that the Petition is denied, and Judgment shall be entered dismissing this action with prejudice.

DATED: June 23, 2017

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE