JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER M. KELLER,<br>　　　　　Petitioner,<br>　v.<br>S. HATTON, Warden,<br>　　　　　Respondent. | Case No. CV 16-08709 CJC (RAO)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED: June 23, 2017

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE